# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN CHRISTOPHER GAZLAY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
    and
THE STATE OF NEVADA; AND LAS
VEGAS METROPOLITAN POLICE
DEPARTMENT,
Real Parties in Interest.

No. 83218

**FILED**

AUG 04 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS

This original petition for a writ of mandamus seeks a writ compelling the district court to (1) return property seized via warrant in a civil asset forfeiture action; and (2) suppress evidence seized from being entered at trial.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[] carr[ies] the burden of demonstrating that

21-22682

extraordinary relief is warranted."), and we deny the instant petition without prejudice.

It is so ORDERED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cadish

cc:   Steven Christopher Gazlay
      Attorney General/Carson City
      Clark County District Attorney
      Las Vegas Metropolitan Police Department
      Eighth District Court Clerk